IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| One Priority Parcel Bearing Tracking Number (P) 9405 5362 0624 9307 6951 93 Located at 1801 Brook Road, Richmond, VA 23260 | 3:25-sw-<u>190</u> |
|---|---|


FILED Sep 11 2025 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

This is an affidavit submitted in support of an Application for a Search Warrant for one Subject U.S. Mail Parcel bearing the tracking number (P) 9405 5362 0624 9307 6951 93 ("Subject Parcel"). The Subject Parcel is currently located at 1801 Brook Road, Richmond, VA 23260, which is within the Eastern District of Virginia. The **Subject Parcel is specifically identified as follows:**

| Subject Parcel | *Priority Mail Express (E), Priority (P), First Class (F), Ground Advantage (G) or Registered (R) Tracking ID Number* | *From:* Name and Address | *To:* Name and Address |
|---|---|---|---|
| 1 | (P) 9405 5362 0624 9307 6951 93 | JNB<br>7210 Jordan Ave C14<br>Canoga Park, CA 91303 | Mathew Hughes<br>8501 Strath Rd<br>Henrico, VA 23231 |

### Affiant and Background

I, Vincenzo Chiariello, being duly sworn, hereby depose and state:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since July 2023. Upon entering the USPIS, I completed sixteen weeks of training in Potomac, Maryland. The training covered various aspects of federal law enforcement, including the investigation of narcotics-related offenses. I have received

1

instruction on conducting investigations and participated in investigations involving possession with intent to distribute and distribution of controlled substances. I have participated in drug interdictions, controlled deliveries, seizures, and search warrants, which have resulted in criminal arrests and prosecutions. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled dangerous substances.

2. The facts and information contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were related to me by the individuals who made the observations. Sources of information used routinely in this process also include verifying zip codes through a public database maintained by the U.S. Postal Service (i.e., USPS.com) and checking associations between names and addresses in law enforcement databases, namely CLEAR. This affidavit contains only that information necessary to establish probable cause in support of an application for a search warrant for the Subject Parcel. This affidavit is not intended to include every fact and matter observed by or made known to agents of the government.

3. Based on my training and experience in the field of narcotic interdiction through the mail system, I know that there are suspicious characteristics common to many packages that contain narcotics and controlled substances. In addition to the drugs themselves, the packages often contain other evidence of drug-related crime.

4. <u>Priority Mail Express and Priority Mail</u>. While there are many characteristics that experienced inspectors look for, the most common factors or suspicious characteristics routinely observed while screening packages involve the use of Priority Mail Express and Priority Mail,

2

that is, contrasts observed between legitimate business parcels and drug parcels regarding the use of Priority Mail Express and Priority Mail:

a. *Priority Mail Express*: As alternatives to First Class Mail, the U.S. Postal Service offers Priority Mail Express and Priority Mail. Priority Mail Express is guaranteed (money back) to be delivered on a set date and time, usually overnight. (That deadline is determined at the time of mailing.) The customer receives a receipt with this guaranteed information and can opt for a signature requirement at the other end or not. Customers can track the parcel online by its distinct Priority Mail Express tracking number. The weight of the package and the distance traveled are the two main factors in setting the price. Priority Mail Express costs more than Priority Mail.

b. *Priority Mail*: Priority Mail has a delivery service standard of two to four business days but is not guaranteed. Priority Mail is a less expensive alternative to Priority Mail Express but still provides the ability to track a parcel.

c. *Ground Advantage:* Ground Advantage packages are delivered in two to five business days and USPS tracking service is included in the price.

d. Legitimate businesses using Priority Mail Express typically have a business or corporate account visible on the mailing label, which covers the cost of the mailing, in contrast to the drug distributor who will pay at the counter with cash or a credit card. Business Priority Mail Express parcels typically weigh no more than eight ounces, and business Priority Mail parcels typically weigh no more than two pounds. Drug packages typically exceed these weights. In my experience, one can separate out smaller parcels, which constitute a large

percentage of all Priority Mail Express and Priority Mail parcels, from other parcels. Address labels on business parcels are typically typed, and address labels on drug packages are typically hand-written. Typically, drug traffickers using Priority Mail Express will opt out of the signature requirement.

5. <u>Invalid Sender/Return Address.</u> When drugs are shipped through the mails, the senders generally do not want them back. To distance themselves from parcels containing drugs, the return addresses and the names of senders are often fictitious or false. A fictitious or false address can be anything from an incorrect zip code to a non-existent house number or street. The name of the sender is also typically invalid. Often a search of the CLEAR database reflects that there is no association between the name of the sender and the address provided. In other instances, the shippers will use stolen identities on the return address.

6. <u>Invalid Recipient/Address.</u> It may appear counterintuitive and counterproductive to put the wrong receiving address on a package, but often the named recipient is not associated with the address. This provides plausible deniability to anyone receiving the package as to their knowledge of its contents. Sometimes drug packages are addressed to vacant properties with the expectation that the postal carrier will just leave it at the address. The intended recipient will then retrieve it from that location and hope to remain anonymous.

7. <u>State of Origin</u>. If other criteria are present, I know from experience and training that domestic packages sent from California, Oregon, Washington, Arizona, Texas, Nevada, Florida, Colorado, and Puerto Rico can indicate that a parcel contains controlled substances.

8. <u>Additional Indicators</u>. Other factors indicative of drug trafficking that are seen less frequently, but nevertheless noteworthy include:

   a. *Smell*: The odors of cocaine, marijuana, and methamphetamine are

distinct, and, through experience, postal inspectors are familiar with these odors. On occasion, a parcel will emit an odor that is easily recognized without the assistance of a canine. Other smells that suggest the contents are narcotics are from masking agents. Common masking agents used to thwart law enforcement and canines typically include dryer sheets, coffee, mustard, and any other substance that releases a strong smell.

b.  *Heavy Packaging*: Heavily taped parcels are another factor that will suggest a drug parcel. I have also observed excessive glue on package flaps.

c.  *Shipped from a different zip code than indicated in the return address:* Parcels shipped from a different zip code than indicated in the return address, which is often fictitious, is another indicator I, and other Inspectors, often observe on drug parcels.

d.  *Cryptocurrency*: While the use of cryptocurrency in a transaction is not inherently criminal, taken in conjunction with other factors present, the use of cryptocurrency to pay for postage can be indicative of criminal activity. Criminal actors often use cryptocurrency to maintain anonymity throughout a transaction.

9.  It is my experience that when these factors are observed, the alert of a trained canine on the package will follow. As a result, these factors become a reliable way to profile the parcels being mailed.

### Statement of Facts and Circumstances

10.  On September 9, 2025, the following factors or suspicious characteristics were present in the Subject Parcel:

| Subject Parcel: Priority Express/ Priority/Ground/ Registered/ 1st Class | Weight of Parcel | FROM Invalid name/address | Other Suspicious Characteristics |
|---|---|---|---|
| Source Area | Label | TO Invalid name/address | Canine Alert |
| Subject Parcel | | | |
| Priority | 5 lbs. | Invalid/Previously Seized Parcels with similar return address | Postage purchased with cryptocurrency |
| Yes | Printed | Name not associated with address | Yes- "NALA" |

11.     On approximately August 29, 2025, I identified the Subject Parcel as a suspected drug parcel while examining USPS business records. On September 5, 2025, I intercepted the Subject Parcel for further examination. The Subject Parcel was mailed from a post office located in or around Los Angeles, CA, and paid for using cryptocurrency. California is a known source area for parcels containing controlled substances mailed into the Eastern District of Virginia. The Subject Parcel is a Priority Mail package bearing a USPS Priority Mail postage label. The return address is listed as JNB, 7210 Jordan Ave C14, Canoga Park, California 91303. The recipient is listed as Mathew Hughes, 8501 Strath Road, Henrico, Virginia 23231.

12.     I conducted multiple database searches, namely USPS records, CLEAR and open source, for information related to the Subject Parcel. I have personally intercepted a previous parcel (Label 9405 5362 0624 9291 8382 79, intercepted March 2025) shipped from the same area, bearing a label with the return information as "Jay and B Inc., 7210 Jordan Ave PMB C14, Canoga Park, CA 91303." This previously intercepted parcel contained approximately 2.612

kilograms of a substance consistent with marijuana. Further, this previously intercepted parcel was shipped to 7325 Oakham Court, Henrico, Virginia 23231, 3.9 miles from the address of the current Subject Parcel. Also, previous searches of USPS databases indicate that there were other cryptocurrency payments for parcels shipped by a sender using this return address simultaneously going to 7325 Oakham Court, Henrico, Virginia 23231, and 8501 Strath Road, Henrico, Virginia 23231. Additionally, the name "Mathew Hughes" is not associated with the recipient address.

   13. On September 9, 2025, the Subject Parcel was placed in a blind parcel line-up and subjected to an exterior search at the USPIS domicile in Richmond, located at 1801 Brook Road, Richmond, Virginia 23236. Department of Juvenile Justice Canine Handler Lieutenant Robinson and her narcotics-detecting canine "NALA" were brought into the search area. Lt. Robinson has been employed by the Department of Juvenile Justice since February 2024. Prior to which, she was a Police Officer with the Richmond Police Department starting in July 1994. Lt. Robinson has been a canine handler since 1998 and is specifically trained to interpret the reactions of canine "NALA" in detecting the odor of a controlled substance. Lt. Robinson observed "NALA" during the search and informed me that "NALA" demonstrated a positive alert on the Subject Parcel. "NALA" did not alert on any other control parcel in the search area.

### *Reliability of the Narcotic Detector Canine*

   14. Lt. Robinson advised USPIS that she and "NALA" were trained by the Richmond Police Department Canine Unit. Lt. Robinson and "NALA" were certified as a team after a 14-week Canine/handler course on July 19, 2021, under the certification guidelines set forth by the Virginia Police Work Dog Association. "NALA's" certification was conducted by a Master Trainer from the Virginia Police Work Dog Association in a "single blind" method, i.e., the
7

results are unknown to the handler. Single blind certification ensures that the handler cannot cue the dog. "NALA" responds by freezing at the source after the alert has been given. This indicates to Lt. Robinson that the odor of marijuana, cocaine, heroin, ecstasy, and/or methamphetamine has been detected. "NALA" receives monthly re-training of three eight-hour days, and daily training exercises. The Virginia Police Work Dog Association requires annual re-certification; "Nala" and Lt. Robinson re-certified on May 14, 2025.

### *Conclusion*

15. I submit that based upon the above indicators exhibited by the Subject Parcel, my training and experience, and the alert of a trained canine on the Subject Parcel, there is probable cause to believe that the above-described Subject Parcel contains narcotics or controlled substances and/or materials or proceeds relating to the distribution of controlled substances through the United States Mail and that persons unknown have committed violations of Title 21, U.S. Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Use of a Communication Facility in the Commission of a Federal Drug Felony).

_____
Vincenzo Chiariello
Postal Inspector
United States Postal Inspection Service

Reviewed and approved by AUSA Shea Gibbons

Subscribed and sworn to before me on this \_\_\_11th\_\_\_ day of September 2025 at Richmond, Virginia.

/s/ MRC
_____
Hon. Mark R. Colombell
United States Magistrate Judge

8